State v. Schultz

That section now requires that before commencement of proceedings involving an occupational license the agency shall give notice in accordance with N.C.G.S. § 150B-38. Section 150B-38(b)(2) requires licensing boards to include in their notices "[a] reference to the particular sections of the statutes and rules involved." The statute does not appear to require a board to state which sanction under the applicable disciplinary statute it intends to impose. However, once a board states with specificity that it is proposing to impose only one or two sanctions available under a referenced disciplinary statute for the stated alleged infractions, the board is then precluded from imposing a greater sanction for these infractions. Thus, it would appear that under either the old or the amended statute, the result would be the same in the instant case.

The decision of the Court of Appeals, which reversed the judgment of the trial court and vacated the decision of the Board, is affirmed. The Board, of course, may reinstate proceedings on the same facts, if it so desires.

Affirmed.

---

STATE OF NORTH CAROLINA v. MARK H. SCHULTZ

No. 47A88

(Filed 2 June 1988)

APPEAL by defendant from a decision of a divided panel of the Court of Appeals finding no error in defendant's trial before *Strickland, J.,* at the 2 December 1986 Criminal Session of Superior Court, ONSLOW County, where defendant was convicted of attempted second degree rape and second degree kidnapping and sentenced to twenty years' imprisonment. The opinion for the Court of Appeals, 88 N.C. App. 197, 362 S.E. 2d 853 (1987), is by *Parker, J.,* with *Johnson, J.,* concurring and *Becton, J.,* dissenting. Heard in the Supreme Court 9 May 1988.

*Lacy H. Thornburg, Attorney General, by Kaye R. Webb, Assistant Attorney General, for the state.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Teresa A. McHugh, Assistant Appellate Defender, for defendant appellant.*

PER CURIAM.

Affirmed.

---

LYNDA DOVE AVRIETT v. ROBERT JAMES AVRIETT, JR.

No. 81A88

(Filed 2 June 1988)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported at 88 N.C. App. 506, 363 S.E. 2d 875 (1988), which affirmed the order of *Pate, J.*, granting summary judgment for defendant entered at the 4 August 1986 Session of District Court, CUMBERLAND County, and a subsequent order denying plaintiff's motion for a new trial pursuant to Rule 59 of the North Carolina Rules of Civil Procedure entered on 13 November 1986. Heard in the Supreme Court 12 May 1988.

*Harris, Sweeny & Mitchell, by Ronnie M. Mitchell, and Blackwell, Russ & Strickland, by John V. Blackwell, Jr., for plaintiff-appellant.*

*Reed, Lewis & Deese, by Renny W. Deese, for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.